UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSE ALICEA,

    Plaintiff,

v.                                        CASE NO: 8:04-cv-2504-T-23MSS

PINELLAS COUNTY
TRANSIT AUTHORITY,

    Defendant.
_____/

**ORDER**

The Court is advised that this matter is settled.  Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this order, to (1) submit a stipulated form of final order or judgment or (2) reopen the action upon a showing of good cause.  The Clerk is directed to (1) terminate any pending motion and (2) close the file.

ORDERED in Tampa, Florida, on May 2, 2005.

                                                        STEVEN D. MERRYDAY
                                                        UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
       Courtroom Deputy